JOHN HOLLY, Appellant, v. JAMES J. BAMBRICK, Individually and as President of Local 32-b of the Building Service Employees International Union, a Voluntary, Unincorporated Association, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.